IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Larold Lee Morris,

    Plaintiff,

v.

Becky Holland;
Chad Hooper;
Officer Lockaby;
Officer Sewer, all Officially & Individually,
and Pickens County Jail, officially,

    Defendants.

Civil Action No. 5:12-2264-SB

**ORDER**



This matter is before the Court upon the Plaintiff's pro se complaint filed pursuant to 42 U.S.C. § 1983, wherein the Plaintiff alleges that Pickens County corrections officers overreacted to a verbal confrontation that occurred due to the confiscation of the ice cooler used by detainees in the Plaintiff's living area. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On September 25, 2012, United States Magistrate Judge Kaymani D. West issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the complaint without prejudice as to Defendant Pickens County Jail only based on the fact that the jail is not a "person" amenable to suit under 42 U.S.C. § 1983. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal

conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R (Entry 16) as the Order of this Court, and it is

**ORDERED** that the complaint is dismissed without prejudice as to Defendant Pickens County Jail.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 18, 2012
Charleston, South Carolina

